No. —. RYAN ET AL. *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION. June 8, 1942. The application for a stay is denied.

No. —, original. EX PARTE LOUIS BURALL. June 8, 1942. The motion for leave to file petition for writ of certiorari is denied.

No. —, original. EX PARTE JOHN ST. FRANCIS SLAUGHTER. June 8, 1942. The motion for leave to file petition for writ of habeas corpus is denied.

No. 12, original. EX PARTE KUMEZO KAWATO. June 8, 1942. The motion for leave to proceed on typewritten papers is granted. The motion for leave to file a petition for writ of mandamus is granted. The application is assigned for argument on Monday, October 12, next. The Solicitor General is requested to file a brief and, if he so desires, to participate in the oral argument. *Kumezo Kawato, pro se.*